# IN THE SUPREME COURT OF ALABAMA



August 23, 2024

**SC-2023-0537**

Ex parte Housing Authority of the City of Talladega. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CIVIL APPEALS (In re: Harold Wallace v. The Housing Authority of the City of Talladega) (Talladega Circuit Court: CV-18-900509; Court of Civil Appeals: 2210486).

## CERTIFICATE OF JUDGMENT

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on August 23, 2024:

**APPLICATION OVERRULED. NO OPINION.** Cook, J. -- Parker, C.J., and Shaw, Bryan, Mendheim, Stewart, and Mitchell, JJ., concur. Wise and Sellers, JJ., dissent.

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on May 24, 2024:

**AFFIRMED.** Cook, J. -- Parker, C.J., and Shaw, Stewart, and Mitchell, JJ., concur. Bryan and Mendheim, JJ., concur in the result. Sellers, J., dissents, with opinion, which Wise, J., joins.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*